(84 South. 924)

Ex parte COLLINS. (5 Div. 732.) (Supreme Court of Alabama. Oct. 30, 1919.) Certiorari to the Court of Appeals. Strother & Hines, of La Fayette, for appellant. J. Q. Smith, Atty. Gen., for appellee.

MAYFIELD, J. Petition of Antny Collins for certiorari to the Court of Appeals to review and revise the judgment of said court, rendered in the case of Antny Collins v. State, 84 South. 417. Writ denied.

(82 South. 893)

COOSA LAND CO. et al. v. GRIFFITH. (7 Div. 991.) (Supreme Court of Alabama. June 3, 1919.) Appeal from Circuit Court, Etowah County; J. E. Blackwood, Judge. Goodhue & Brindley, of Gadsden, for appellants. Culli & Martin and O. R. Hood, all of Gadsden, for appellee.

PER CURIAM. Appeal dismissed by appellant.

(82 South. 893)

DAVENPORT et al. v. STONE. (8 Div. 128.) (Supreme Court of Alabama. May 20, 1919.) Appeal from Circuit Court, Marshall County; W. W. Haralson, Judge. Street & Bradford, of Guntersville, for appellant.

PER CURIAM. Appeal dismissed for want of prosecution.

(84 South. 924)

Ex parte D. B. GORE & CO. (6 Div. 3.) (Supreme Court of Alabama. Dec. 8, 1919.) Petition by D. B. Gore & Co. for mandamus or other remedial writ, directed to Hon. O. A. Steele, judge of the Blount county circuit court, requiring him to suspend further proceedings in the suit of P. D. Perrins v. D. B. Gore & Co., pending in the circuit court of Blount county, until the cost of a former suit has been paid by plaintiff. Percy, Benners & Burr, of Birmingham, for petitioners.

PER CURIAM. Rule nisi denied.

(83 South. 926)

DIXON v. STATE. (1 Div. 117.) (Supreme Court of Alabama. Nov. 13, 1919.) Appeal from Circuit Court, Mobile County; Saffold Berney, Judge. J. Q. Smith, Atty. Gen., for the State.

PER CURIAM. Appeal dismissed by appellant.

(82 South. 893)

DRAKE v. GULF STATES STEEL CO. (7 Div. 945.) (Supreme Court of Alabama. June 3, 1919.) Appeal from Circuit Court, Etowah County; J. C. Blackwood, Judge. E. O. McCord and W. J. Boykin, both of Gadsden, for appellant. O. R. Hood, of Gadsden, for appellee.

PER CURIAM. Appeal dismissed on motion of appellee.

(82 South. 893)

EDGE v. EDGE. (4 Div. 825.) (Supreme Court of Alabama. June 12, 1919.) Appeal from Circuit Court, Pike County; A. B. Foster, Judge. C. C. Brannen and John Wilkerson, both of Troy, for appellant. W. E. Griffin, of Troy, for appellee.

PER CURIAM. Appeal dismissed by appellant.

(84 South. 924)

EVANS v. STATE. (7 Div. 33.) (Supreme Court of Alabama. Nov. 27, 1919.) Certiorari to the Court of Appeals. Hugh Reed, of Center, and O. R. Hood, of Gadsden, for appellant. J. Q. Smith, Atty. Gen., and Horace Wilkinson, Asst. Atty. Gen., for the State.

THOMAS, J. Petition of Norman Evans for certiorari to the Court of Appeals to review and revise the judgment of said court, affirming the cause of Norman Evans v. State, 82 South. 625. Writ denied.

(84 South. 924)

FARMERS' MUT. INS. ASS'N v. SMITH, Commissioner. (6 Div. 807.) (Supreme Court of Alabama. Nov. 27, 1919.) Appeal from Circuit Court, Jefferson County; H. A. Sharpe, Judge. N. L. Steele, of Birmingham, for appellant. F. L. Tate, Atty. Gen., for appellee.

PER CURIAM. Affirmed by agreement.

(84 South. 924)

FIRST NAT. BANK OF GADSDEN v. GOZA. (7 Div. 30.) (Supreme Court of Alabama. Jan. 14, 1920.) Appeal from Circuit Court, Etowah County; W. J. Martin, Judge. W. J. Boykin, of Gadsden, for appellant.

PER CURIAM. Appeal dismissed on motion of appellant.

(83 South. 926)

Ex parte FLOWERS. (6 Div. 928.) (Supreme Court of Alabama. June 19, 1919. Rehearing Denied June 30, 1919.) Certiorari to Court of Appeals. W. K. Terry, W. T. Stewart, and Erle Pettus, all of Birmingham, and Daniel W. Troy, of Montgomery, for appellant. Fred G. Moore and Jere King, both of Birmingham, for appellee.

PER CURIAM. Application of J. Morgan Flowers for certiorari to Court of Appeals, to review and revise the judgment of said court rendered in the case of J. Morgan Flowers v. City of Birmingham, 83 South. 36. Writ denied.

(82 South. 893)

Ex parte FRANKLIN. (6 Div. 913.) (Supreme Court of Alabama. June 12, 1919. Rehearing Denied June 30, 1919.) Certiorari to Court of Appeals. Goodwyn & Ross, of Bessemer, for appellant. Percy, Benners & Burr and D. K. McKamy, all of Birmingham, for appellee.

THOMAS, J. Application of Joseph Franklin for certiorari to Court of Appeals to review and revise the judgment of said court rendered in the case of Tennessee Coal, Iron & Railroad Company v. Joseph Franklin, 82 South. 563. Writ denied.